UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KORINA R. POWELL,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | NO. CV-12-379-JPH<br><br>ORDER GRANTING JOINT MOTION TO REOPEN AND TO CONSOLIDATE |

The parties jointly move to reopen *Powell v. Astrue*, 10cv247-JPH, and to consolidate it with this case. ECF No. 19.

After consideration, the motion to reopen case number 10cv247-JPH, **ECF No. 19, is granted. The motion to consolidate the earlier case with this case under cause number 12cv379-JPH, ECF No. 19, is also granted.**

**IT IS ORDERED:**

1. The Court **GRANTS** the parties' joint motion, ECF No. 19, to reopen case number 10cv247-JPH.

2. The Court also **GRANTS** the parties' joint motion, **ECF No. 19, to consolidate case number 10cv247-JPH with this case under the case number 12cv379-JPH.**

3. The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 1

1   **IT IS SO ORDERED.**

2   **DATED** this 8th day of November, 2012.

3
4                                              s/ James P. Hutton
                                              JAMES P. HUTTON
5                                       UNITED STATES MAGISTRATE JUDGE

ORDER - 2